NUMBER 13-01-214-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


LESLIE BRUNE , Appellant,


v.


ORTHOPEDIC ASSOCIATION OF CORPUS CHRISTI, NAMELY BERNARD SEGER, M.D. 

AND PAUL MOORE, P.A. , Appellee.

____________________________________________________________________


On appeal from the 156th District Court

of Bee County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Yañez, and Castillo

Opinion Per Curiam


Appellant, LESLIE BRUNE , perfected an appeal from a judgment entered by the 156th District Court of Bee County,
Texas, in cause number B-00-1057-0-CV-B . The clerk's record was filed on April 2, 2001 . The reporter's record was
filed on April 17, 2001. Appellant's brief was due on May 17, 2001. To date, no appellate brief has been received.
Additionally, appellant has failed to pay the filing fee.

When the appellant has failed to file a brief in the time prescribed, the Court may dismiss the appeal for want of
prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the
appellant's failure to timely file a brief. Tex. R. App. P. 38.8(a)(1).

On May 24, 2001 , notice was given to all parties that this appeal was subject to dismissal pursuant to Tex. R. App. P.
38.8(a)(1) and 42.3(c). Appellant was given ten days to explain why the cause should not be dismissed for failure to file a
brief. To date, no response has been received.

The Court, having examined and fully considered the documents on file, appellant's failure to file a proper appellate brief,
appellant's failure to tender the filing fee, this Court's notice, and appellant's failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed

this the 19th day of July, 2001.